IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JACK MARSHALL PORTER,

    Petitioner,

v.                                                     CASE NO. 5:12-cv-354-RS-GRJ

UNITED STATES OF AMERICA,

    Respondent.

_____/

## **REPORT AND RECOMMENDATION**

A review of the Bureau of Prison's (BOP) online inmate locator reflects that Petitioner was released from federal custody in December 2012. Petitioner has failed to advise the Court of his current address, and there has been no activity in this case since that time. Further, the District Judge's order regarding Petitioner's objection to the undersigned's order to amend, Doc. 9, reflects that the relief sought by Petitioner – recalculation of his sentence to run concurrently with a state sentence – was being implemented by the BOP in December 2012. The undersigned therefore concludes that this case should be dismissed for failure to prosecute and/or as moot.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be dismissed for failure to prosecute and/or as moot.

**IN CHAMBERS** this 25th day of June 2013.

                                                *s/ Gary R. Jones*
                                               GARY R. JONES
                                               United States Magistrate Judge

## **NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**